Patricia Carl, Plaintiff-Appellant, v. Great Lakes Insurance Company, a Corporation, Defendant-Appellee.

Gen. No. 11,894.

Second District.

November 24, 1964.

John P. Burita, of St. Charles, for appellant; Brittain, Morgan, Brittain and Ketcham, of Elgin (William R. Ketcham and W. Ben Morgan, of counsel), for appellee. Opinion by JUSTICE MORAN. **Not to be published in full.**